UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.

MICHAEL LEE CROWELL,

  Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:16-cr-00139

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention. The government sought defendant Michael Lee Crowell's detention on the basis of that he poses a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a risk of flight, 18 U.S.C. § 3142(f)(2)(A). The indictment alleges that defendant has committed an offense for which the maximum term of imprisonment is ten years or more under the Controlled Substances Act, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), which triggers a statutory rebuttable presumption in favor of detention. *See* 18 U.S.C. § 3142(e)(3). The Court conducted a hearing on August 9, 2016, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has not rebutted the presumption in favor of detention. The Court finds, as explained on the record, that there is no condition or combination of conditions that will assure the appearance of defendant and the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending further order of this Court.

**DONE AND ORDERED** this 10th day of August, 2016.

                                                        /s/ Phillip J. Green
                                                      PHILLIP J. GREEN
                                                      United States Magistrate Judge